NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDEN FOODS, INC.,**
*Appellant*

**v.**

**COKE MORGAN STEWART, ACTING UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2023-2401

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91265174.

---

**JUDGMENT**

---

ADRIENNE JOHNSON KOSAK, Wiley Rein, LLP, Washington, DC, argued for appellant. Also represented by CHRISTOPHER KELLY.

OMAR FAROOQ AMIN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA,

argued for intervenor. Also represented by CHRISTINA J. HIEBER, AMY J. NELSON.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST, *Circuit Judge,* and HALL, *District Judge[1]).*

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 5, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1]   Honorable Jennifer L. Hall, District Judge, United States District Court for the District of Delaware, sitting by designation.